## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

**ERIC REDDICK,**

        **Plaintiff,**

**v.**                                        **Case No:   6:15-cv-1482-Orl-41GJK**

**RALPH HUNNEFELD,**

        **Defendant.**

### REPORT AND RECOMMENDATION

This cause came on for consideration without oral argument *sua sponte* upon the undersigned's review of the docket. On September 8, 2015, Plaintiff, proceeding *pro se*, filed the instant action against the Defendant.[1] Doc. No. 1. The Complaint is handwritten, fails to allege a basis for this Court's subject matter jurisdiction and contains no specific counts, but Plaintiff does request $92,000,000.00 in damages. Doc. No. 1 at 1-3. Plaintiff also filed a motion to proceed *in forma pauperis* (the "Motion"). Doc. No. 2.

On December 23, 2015, the undersigned entered an order denying the Motion without prejudice. Doc. No. 12. In the order, the undersigned found that Plaintiff's Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") claim is frivolous. Doc. No. 12 at 5. Although the Complaint fails to comply with the rudimentary requirements of Rule 8, the undersigned also found that the Plaintiff may be able, if given leave to amend, to state a claim for relief under 42 U.S.C. § 1983. Doc. No. 12 at 5. Accordingly, the undersigned ordered Plaintiff to file an amended complaint on or before January 22, 2016, which complies with provisions of the order. Doc. No.

---

[1] This is at least the second action Plaintiff has brought against the Defendant. *See* Doc. No. 12 at 1-2.

12 at 6-8.  The undersigned warned Plaintiff that "**[f]ailure to file an amended complaint an renew the motion to proceed *in forma pauperis* or pay the full filing fee within the time provided will result in the case being dismissed without further warning**."  Doc. No. 12 at 8 (emphasis in original).  To date, Plaintiff has failed to file an amended complaint, renew the motion to proceed *in forma pauperis*, or pay the filing fee in full.  Accordingly, it is **RECOMMENDED** that the Court enter an order:

1. **DISMISSING** the case without prejudice for failing to comply with an order of the Court and for failing to prosecute;

2. **DIRECTING** the Clerk to enter a judgment dismissing the case without prejudice; and

3. **DIRECTING** the Clerk to close the case.

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.  *See* 11th Cir. R. 3-1.

Recommended in Orlando, Florida on January 27, 2016.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy