UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ERIC REDDICK,**

      **Plaintiff,**

v.                                  **Case No: 6:15-cv-1482-Orl-41GJK**

**RALPH HUNNEFELD,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Notice of Claim (Doc. 1). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 14), in which he recommends that the Court dismiss the case without prejudice.

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is **DISMISSED without prejudice**.

3. The Clerk is directed to close this case.

4. All pending motions are **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida on March 29, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Parties